United States Bankruptcy Court
Eastern District of California

In re:  
Rachael Adiah Hadassah Manapsal  
    Debtor

Case No. 19-24999-C  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0972-2      User: admin      Page 1 of 2      Date Rcvd: Dec 09, 2019  
                            Form ID: 318      Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
```
db             Rachael Adiah Hadassah Manapsal,    1175 Vesuvio St,    Manteca, CA 95337-9023
aty            Mark J. Hannon,    1114 W Fremont St,    Stockton, CA 95203-2622
22838738      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Home Depot,    PO Box 78011,    Phoenix AZ 85062-8011)
22838732       Carrington College,    1313 W Robinhood Dr Ste B,    Stockton CA 95207-5509
22838742       Sears Cbna,    PO Box 6217,    Sioux Falls SD 57117-6217
22838748       US Bank Hogan Loc,    Oshkosh WI 54901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QMDMCGRANAHAN.COM Dec 10 2019 09:08:00      Michael D. McGranahan,    PO Box 5018,
              Modesto, CA 95352-5018
smg            EDI: EDD.COM Dec 10 2019 09:08:00      Employment Development Department,
              Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Dec 10 2019 09:08:00      Franchise Tax Board,    PO Box 2952,
              Sacramento, CA 95812-2952
cr            +EDI: RMSC.COM Dec 10 2019 09:08:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
22838727      +E-mail/Text: backoffice@affirm.com Dec 10 2019 04:34:42      Affirm,    650 California St,
              San Francisco CA 94108-2716
22838728       E-mail/Text: backoffice@affirm.com Dec 10 2019 04:34:42      Affirm Inc,
              650 California St Fl 12,    San Francisco CA 94108-2716
22838729       EDI: AMEREXPR.COM Dec 10 2019 09:08:00      Amex,    PO Box 981537,    El Paso TX 79998-1537
22838730       EDI: BANKAMER.COM Dec 10 2019 09:08:00      Bank of America,    PO Box 982238,
              El Paso TX 79998-2238
22838731       E-mail/Text: defaultspecialty.us@bbva.com Dec 10 2019 04:33:29      Bbva Compass,
              2009 Beltline Rd SW,    Decatur AL 35601-6261
22838733       EDI: CITICORP.COM Dec 10 2019 09:08:00      Citicards Cbna,    PO Box 6241,
              Sioux Falls SD 57117-6241
22838734       EDI: WFNNB.COM Dec 10 2019 09:08:00      Comenity Bank Samuels,    PO Box 182789,
              Columbus OH 43218-2789
22838735       EDI: WFNNB.COM Dec 10 2019 09:08:00      Comenitybank Ny Co,    PO Box 182789,
              Columbus OH 43218-2789
22838736       EDI: NAVIENTFKASMDOE.COM Dec 10 2019 09:08:00      Dept of Ed Navient,    PO Box 9635,
              Wilkes Barre PA 18773-9635
22838737       EDI: DISCOVER.COM Dec 10 2019 09:08:00      Discover Fin Svcs LLC,    PO Box 15316,
              Wilmington DE 19850-5316
22838739       EDI: CHASE.COM Dec 10 2019 09:08:00      Jpmcb Card,    PO Box 15369,    Wilmington DE 19850-5369
22838740       EDI: TSYS2.COM Dec 10 2019 09:08:00      Macys dsnb,    PO Box 8218,    Mason OH 45040-8218
22838741       EDI: RMSC.COM Dec 10 2019 09:08:00      PayPal Credit,    PO Box 105658,    Atlanta GA 30348-5658
22838743       EDI: RMSC.COM Dec 10 2019 09:08:00      Syncb Car Care Disc Ti,    C o,    PO Box 965036,
              Orlando FL 32896-5036
22838746       EDI: RMSC.COM Dec 10 2019 09:08:00      Syncb Walmart DC,    PO Box 965024,
              Orlando FL 32896-5024
22838744       EDI: RMSC.COM Dec 10 2019 09:08:00      Syncb gap,    PO Box 965005,    Orlando FL 32896-5005
22838745       EDI: RMSC.COM Dec 10 2019 09:08:00      Syncb ppmc,    PO Box 965005,    Orlando FL 32896-5005
22838747       EDI: USBANKARS.COM Dec 10 2019 09:08:00      US Bank,    4325 17th Ave S,    Fargo ND 58125-6200
                                                                                             TOTAL: 22
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                             Signature:   /s/Joseph Speetjens

```
District/off: 0972-2      User: admin           Page 2 of 2           Date Rcvd: Dec 09, 2019
                          Form ID: 318          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
NONE.                                                                              TOTAL: 0
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Rachael Adiah Hadassah Manapsal** | Social Security number or ITIN **xxx–xx–5023** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of California** | | |
| Case number: **19–24999** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Rachael Adiah Hadassah Manapsal
    aka Michael Ehren Manapsal
    1175 Vesuvio St
    Manteca, CA 95337–9023

Dated:                                                          For the Court,
12/9/19                                                    Wayne Blackwelder , Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**